UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | |
| | ) | 3:03-CR-159(01)-G |
| LINDA TATUM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated October 13, 2011, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is, therefore, **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

December 5, 2012.

A. JOE FISH
**Senior United States District Judge**